```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MARK BRUCE, <br><br>           Plaintiff, <br><br>     v. <br><br> CAMDEN COUNTY JAIL, <br><br>           Defendant. | Civil Action <br> No. 16-7283 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Mark Bruce seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

<u>December 20, 2016</u>           <u>s/ Jerome B. Simandle</u>
Date                               JEROME B. SIMANDLE
                                   Chief U.S. District Judge